Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
CABALLERO & GETTLEMAN, LAW OFFICE, INC.
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE: 831-515-5228
EMAIL: jonathangettleman@yahoo.com
         cglaw2015@gmail.com

Diane K. Vaillancourt, SBN 181348
LAW OFFICE OF DIANE K. VAILLANCOURT
849 Almar Avenue, Suite C403
Santa Cruz, CA 95060
TELEPHONE: 831-458-3440
EMAIL: vaillancourt@cruzio.com

*Attorneys for Plaintiff Oscar Ramirez*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| OSCAR RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CAPITOLA and the CAPITOLA POLICE DEPARTMENT, public entities, OFFICER ZACK CURRIER, and DOES 1-10, individually, jointly and severally,<br><br>Defendants. | Case No. 5:18-cv-04142-NC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br>**[FRCP 41(a)(1)]**<br><br>Date: February 13, 2019<br>Time: 10:00 a.m.<br><br>Magistrate Judge Nathanael M. Cousins<br>Courtroom 5, 4th Floor<br>San Jose Courthouse |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff OSCAR RAMIREZ, against

1.

STIPULATION OF DISMISSAL AND PROPOSED ORDER
Case No. 5:18-cv-04142-NC

LAW OFFICES
223 RIVER STREET
SUITE D
SANTA CRUZ, CA
95060

Defendants CITY OF CAPITOLA, CAPITOLA POLICE DEPARTMENT, OFFICER ZACK CURRIER, and all others is dismissed in its entirety with prejudice pursuant to Fed.Rule.Civ.Pro. 41(a)(1), with each party to bear their own costs and attorney fees

Dated: March 27, 2019 /s/ Elizabeth M. Caballero
Elizabeth Caballero
Diane K. Vaillancourt
Jonathan Che Gettleman
*Counsel for Plaintiff Oscar Ramirez*

Dated: March 27, 2019 /s/ Ellen S. Lyons
Ellen S. Lyons
*Counsel for City of Capitola Defendants*

*I hereby attest that I have the consent of Ellen S. Lyons to file this document.

/s/ *Elizabeth Caballero*
Elizabeth M. Caballero
CABALLERO & GETTLEMAN LAW OFFICE INC.

LAW OFFICES
223 RIVER STREET
SUITE D
SANTA CRUZ, CA
95060

2.

STIPULATION OF DISMISSAL AND P~~ROPOSED~~ ORDER
Case No. 5:18-cv-04142-NC

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated : ___29th___ March, 2019



_____
Honorable Nathan Cousins
United States District Court Magistrate Judge

3.

STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER
Case No. 5:18-cv-04142-NC

LAW OFFICES
223 RIVER STREET
SUITE D
SANTA CRUZ, CA
95060